FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0263

STATE OF MONTANA,

Plaintiff and Appellant,

v.

THOMAS JOSEPH BRENNAN,

Defendant and Appellee.

**GRANT OF EXTENSION**

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including July 22, 2024, within which to prepare, serve, and file its opening brief.

**MPD**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 19 2024